**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **DUANE CARRIER** | **CASE NO. 6:22-CV-02609** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **R P M PIZZA BATON ROUGE L L C ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**ORDER**

For the reasons assigned in the Report and Recommendation [Doc. No. 10] of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that Plaintiff Duane Carrier's Motion to Remand [Doc. No. 6] is **DENIED**.

MONROE, LOUISIANA, this 5th day of January 2023.

_____
Terry A. Doughty
United States District Judge